No. 91–570.  PMI INDUSTRIES, INC., ET AL. *v.* FOLGER ADAM CO.  C. A. 2d Cir.  Certiorari denied.

No. 91–572.  ALLRIGHT, COLORADO, INC., ET AL. *v.* CITY AND COUNTY OF DENVER ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 91–573.  PIRELA *v.* VILLAGE OF NORTH AURORA.  C. A. 7th Cir.  Certiorari denied.

No. 91–578.  WHITE *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 91–582.  LAYMAN *v.* XEROX CORP.  C. A. 5th Cir.  Certiorari denied.

No. 91–585.  STOCKLER ET AL. *v.* CITY OF DETROIT ET AL. C. A. 6th Cir.  Certiorari denied.

No. 91–588.  TRELL *v.* SENTEX SYSTEMS, INC., ET AL.  C. A. Fed. Cir.  Certiorari denied.

No. 91–593.  SIMON *v.* THIBODAUX ET AL.  Ct. App. La., 3d Cir.  Certiorari denied.

No. 91–599.  CALLIHAN, DBA S. H. E. VIDEO, ET AL. *v.* OHIO. Ct. App. Ohio, Fairfield County.  Certiorari denied.

No. 91–600.  EVANS *v.* GOODMAN, CHAIR, BOARD OF TRUSTEES, CLEVELAND STATE UNIVERSITY, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 91–601.  ROMERO *v.* AGUAYO ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 91–603.  PEPSICO, INC., ET AL. *v.* USELTON ET AL.; and
No. 91–613.  ALCOX ET AL. *v.* USELTON ET AL.  C. A. 10th Cir. Certiorari denied.  Reported below: 940 F. 2d 564.

No. 91–604.  O'LEARY *v.* CALIFORNIA HIGHWAY PATROL ET AL. C. A. 9th Cir.  Certiorari denied.

No. 91–606.  DI MARTINO *v.* AMERICAN MOTORISTS INSURANCE CO. ET AL.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.